BERTHA BRANDT et al., Appellants, v. CONTINENTAL BANK & TRUST CO., as Trustee of the Estate of FRANK MENG, Deceased, et al., Respondents.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.